# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Velesia Screen-Askew**                    **Docket No.  5:08-CR-243-1BR**

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Velesia Screen-Askew, who, upon an earlier plea of guilty to 18 U.S.C. §922(a)(6), Making False Statements in Relation to the Acquisition of a Firearm, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on December 1, 2008, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.      The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2.      The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program.  The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3.      The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On June 23, 2009, the conditions of probation were modified, striking the condition requiring a substance abuse assessment within thirty days,  and replacing the condition with the following condition:

1.      The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 15, 2011, the defendant committed the offense of Driving While License Revoked, in Cumberland County, North Carolina.  The defendant does have a limited driving privilege, but drove after the approved hours listed on the order.  It is recommended that the defendant complete 24 hours of community service for this offense.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

       **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.      The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

      Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Robert L. Thornton 
Robert L. Thornton
Supervising U.S. Probation Officer

 /s/ Mindy L. Threlkeld 
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 11, 2011

### ORDER OF COURT

Considered and ordered this  11  day of  August , 2011, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge